**No. 39828.**—Protests 886606–G, etc., of T. D. Shaw et al. (New York).

Opinion by TILSON, J. The record showed that certain items consist of wool wearing apparel similar to that involved in *United States* v. *International Clearing House* (24 C. C. P. A. 117, T. D. 48416). The claim under paragraph 1114 was therefore sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 14, 1938

**No. 39829.**—Protest 931744–G of Alfred Kohlberg, Inc. (New York).

Opinion by CLINE, J. It was stipulated that the boxes in question are in chief value of brass, not plated with platinum, gold, or silver, or colored with gold lacquer. In the absence of evidence tending to show that the articles are household utensils or hollow ware the claim under paragraph 339 was overruled. The record showing that the boxes are in chief value of base metal they were held dutiable at 45 percent under paragraph 397. *Morse* v. *United States* (13 Ct. Cust. Appls. 553, T. D. 41432) and *United States* v. *Halle* (20 C. C. P. A. 281, T. D. 46077) cited.

**No. 39830.**—Protest 917380–G of Fango Corp. of America (New York).

Opinion by KEEFE, J. The Government chemist reported that the merchandise consists of a crude earth composed of a natural deposit of finely divided volcanic ash (not pumice) and limestone. It appeared that it was inadvertently classified as wrought earth. The claim at $1 per ton under paragraph 207 was therefore sustained.

**No. 39831.**—Protests 550342–G, etc., of Andersen & Meyer et al. (San Francisco).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) the protests were sustained.

**No. 39832.**—Protests 866567–G, etc., of D. F. De Bernardi Co. et al. (San Francisco).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 49302) the protests were sustained.